IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL KENNEDY, | § | |
| TDCJ-CID NO.433834, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3883 |
| | § | |
| CLERK, FIRST COURT OF APPEALS, *et al.*, | § | |
|     Defendants. | § | |

### ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $250.00 filing fee.

SIGNED at Houston, Texas, on February 1, 2006.

                                                      MELINDA HARMON
                                                      UNITED STATES DISTRICT JUDGE